UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO J. REYES,<br><br>       Plaintiff,<br><br>  -against-<br><br>STICK WITH ME, LLC et al.,<br><br>       Defendants. | 24-cv-1747 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Discovery in this case has closed and the time for post-discovery summary judgment motions has elapsed. *See* Dkt. 18. Accordingly, the parties are ORDERED to submit a joint letter to the Court by **January 30, 2025** designating two separate weeks in March that would work for all involved (including the parties themselves and any necessary witnesses) to try this case.

  SO ORDERED.

Dated: January 23, 2025
    New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge